## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Felecia N. Harcum<br>　　　　　　　　Debtor(s)<br><br>U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>　　　　　　　　Movant<br>　　vs.<br><br>Felecia N. Harcum<br>　　　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 17-10177 MDC<br><br><br><br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Kevin G. McDonald, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE have been served on February 25, 2019, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Felecia N. Harcum
4065 Ford Road
Philadelphia, PA 19131

Attorney for Debtor(s)
Brad J. Sadek, Esq.
1315 Walnut Street (VIA ECF)
Suite 804
Philadelphia, PA 19107

Trustee
William C. Miller Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: February 25, 2019　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant