# Best Case Bankruptcy Case Notes
## Harcum, Felecia N

"Exhibit B"

**LEGAL FEES BREAKDOWN**

|  | 5/13/19 | 4:37PM | 5/13/19 | 4:37PM |

ATTORNEY FEE: $335.00/hour    3.7 hours x $335.00 =    $1,239.50
Brad J. Sadek, Esq.
Matthew H. Lazarus, Esq.

PARALEGAL FEE: $125.00/hour    2.7 hours x $125.00 =    $ 262.50
Karen Campling
Jordan Williams

Total: $1,239.50 + $262.50 = $1,502.00

---

.4
MHL                         5/07/19
Incoming call from client re: modified plan

.4
BJS                         5/05/19
Outgoing call to client regarding stipulation

.4
BJS                         5/05/19
Outgoing call to mortgage company regarding stipulation

.4
KMC                         4/30/19
Filed Motion to Modify Plan and Modified Plan; Ltr to client.

.5
MHL                         4/30/19
Modify Chapter 13 Plan

.3
BJS                         3/26/19
Incoming call from client re MFR

.3
KMC                         3/11/19
File Response to MFR

.4
BJS                         3/11/19
Prepare response to MFR.

.4
BJS                         3/08/19
Discuss MFR with client

.5
BJS                         2/26/19
Review MFR and send letter to client

.4
JGW                         9/27/17
File modified plan and amended scheduled J. Ltr to client.

.4
MHL                         9/27/17
Modify Chapter 13 Plan.

**.2:**
JGW                           7/18/17
   Email to client for proof of payment

**.3:**
JGW                           6/16/17
   Outgoing call to Mortgage Company regarding mortgage payments.

**.2:**
JGW                           6/15/17
   Outgoing call to mortgage company.

**.3**
JGW                           6/09/17
   Incoming call from client with questions regarding mortgage