United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Felecia N Harcum  
       Debtor

Case No. 17-10177-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: May 31, 2019  
                   Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2019.  
db            +Felecia N Harcum,    4065 Ford Road,    Philadelphia, PA 19131-2833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           E-mail/Text: megan.harper@phila.gov Jun 01 2019 04:26:45     City of Philadelphia,  
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,  
              Philadelphia, PA 19102-1595  
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 01 2019 04:25:50  
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,  
              Harrisburg, PA 17128-0946  
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 01 2019 04:26:36     U.S. Attorney Office,  
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2019 at the address(es) listed below:  
          BRAD J. SADEK     on behalf of Debtor Felecia N Harcum brad@sadeklaw.com,    bradsadek@gmail.com  
          KEVIN G. MCDONALD     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
          LEON P. HALLER     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
           PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com  
          MATTEO SAMUEL WEINER     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
|    Felecia N. Harcum | : |
| | :   Chapter 13 |
| | : |
|    Debtors | :   Case No.: 17-10177MDC |

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this _30th_ day of _May_, 2019 upon consideration of the Motion to Modify the Chapter 13 Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor's Motion;

FURTHER ORDERED:

_Magdeline D. C_____
                    J.