**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Felecia N. Harcum <br>     Debtor | Chapter 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) <br>     Movant <br> vs. | NO. 17-10177 MDC |
| Felecia N. Harcum <br>     Debtor | 11 U.S.C. Section 362 |
| and William C. Miller Esq. <br>     Trustee | |

## CERTIFICATION OF DEFAULT

  I, Kevin G. McDonald, Esquire, attorney for Movant, certify that Debtor has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated August 12, 2019 was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Movant relief from the automatic stay.

            **/s/ Kevin G. McDonald, Esquire**
            Kevin G. McDonald, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322 FAX (215) 627-7734
            Attorneys for Movant/Applicant

August 30, 2019