IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
| --- | --- | --- |
| Felecia N. Harcum | : | Chapter 13 |
| | : | Case No. 17-10177MDC |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Fee Application at docket number 49.

Dated: September 17, 2019                    /s/ Brad J. Sadek, Esquire
                                             Brad J. Sadek, Esquire
                                             Sadek and Cooper
                                             1315 Walnut Street, Suite 502
                                             Philadelphia, PA 19107
                                             215-545-0008