United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-10177-mdc
Felecia N Harcum                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Keith            Page 1 of 1              Date Rcvd: Sep 30, 2019
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.
db             +Felecia N Harcum,    4065 Ford Road,    Philadelphia, PA 19131-2833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Felecia N Harcum brad@sadeklaw.com,    bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Felecia N. Harcum, | : | |
|         Debtor. | : | Bankruptcy No. 17-10177-MDC |

# O R D E R

      **AND NOW**, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan (the "Application")[1] filed by Brad J. Sadek (the "Applicant"), counsel to the Debtor, in which the Applicant requests the allowance of supplemental compensation in the amount of $1,500.00 for services performed after confirmation of the Debtor's plan.

      **AND**, the Court having entered an Order on December 19, 2017 (the "Confirmation Order"),[2] confirming the Debtor's Amended Chapter 13 Plan (the "Plan").[3]

      **AND**, the Application attaches time records reflecting certain time entries that pre-date the entry of the Confirmation Order (the "Pre-Confirmation Time").

      **AND**, the Application appears to seek compensation for the Pre-Confirmation Time notwithstanding that its stated intent is to seek compensation for services performed after confirmation of the Plan.

      **AND**, upon the Applicant's certification that proper service has been made on all interested parties.

      **AND**, upon the Applicant's certification of no response.

      **AND**, the Court of Appeals having held that the bankruptcy court "has a duty to review fee applications, notwithstanding the absence of objections by the United States Trustee . . ., creditors, or any

---

[1] Bankr. Docket No. 49.

[2] Bankr. Docket No. 32.

[3] Bankr. Docket No. 27.

other interested party, a duty which . . . derives from the court's inherent obligation to monitor the debtor's estate and to serve the public interest," *In re Busy Beaver Bldg. Centers, Inc.*, 19 F.3d 833, 841 (3d Cir. 1994) (emphasis in original).

It is hereby **ORDERED** that:

1. A hearing shall be held on **October 17, 2019, at 11:00 a.m.**, in **Bankruptcy Courtroom No. 2, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania** (the "Show Cause Hearing"), to consider whether pursuant to 11 U.S.C. §330(a)(2) this Court should award compensation that is less than the amount of compensation that is requested.

2. At the hearing, the Applicant shall be prepared to address the inclusion of the Pre-Confirmation Time in the Application.

3. The Applicant may appear telephonically, *see* L.B.R. 9076-1, if arrangements are made to provide the court with a copy of the written retainer agreement in advance of the hearing.

Dated: September 30, 2019

MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912