IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
|---|---|---|
| | **:** | Chapter 13 |
| **Felecia N. Harcum** | **:** | |
| | **:** | |
| | **:** | |
| | **:** | Bankruptcy Case No: 17-10177MDC |

## **PRAECIPE TO WITHDRAW**

TO THE COURT:

    Please withdraw the Supplemental Fee Application which was filed on May 13, 2019 at Docket No. 49.

Dated: October 22, 2019　　　　　　　　　　　　　　　　　**/s/ Brad J. Sadek**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brad J. Sadek, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Debtor