IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Felecia N. Harcum | : | Chapter 13 |
| | : | |
| | : | Case No.  17-10177MDC |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Reconsider Order on Motion for Relief filed at docket number 62.


Dated:  November 18, 2019                                    /s/ Brad J. Sadek, Esquire
                                                             Brad J. Sadek, Esquire
                                                             Sadek and Cooper
                                                             1315 Walnut Street, Suite 502
                                                             Philadelphia, PA 19107
                                                             215-545-0008