UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| Felecia N. Harcum | Chapter 13 |
| Debtor | Case No.: 17-10177-MDC |

## ORDER

AND NOW, this _19th_ day of _November_ 2019, upon consideration of the Motion to Reconsider the September 9, 2019 Order Granting Relief from the Automatic Stay and a Hearing thereon, it is hereby;

ORDERED and DECREED that the stay will be reinstated and the Order dated September 9, 2019 shall be Vacated.

FURTHER ORDERED:

_____
Chief Judge Magdeline D. Coleman