IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Felecia N Harcum | : |
| | : |
| | :  Case No.: 17-10177MDC |
| | : |
| Debtor(s) | :  Chapter 13 |

## PRAECIPE TO WITHDRAW

TO THE COURT:

Please withdraw the *Motions to Modify* which were filed at Docket No. 75 and 84.

Dated: August 10, 2020               */s/ Brad J. Sadek*
                                      Brad J. Sadek, Esquire
                                      Counsel for Debtor