United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10177-mdc |
| Felecia N Harcum | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 06, 2023 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Felecia N Harcum, 4065 Ford Road, Philadelphia, PA 19131-2833 |
| 13863830 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13919845 | + | U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR PA HOUSING FINANCE AGENCY, c/o MATTEO SAMUEL WEINER, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 07 2023 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 07 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13914893 | + | Email/Text: g20956@att.com | Jan 07 2023 00:11:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 13849022 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2023 00:15:19 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 13849023 | | Email/Text: megan.harper@phila.gov | Jan 07 2023 00:11:00 | City of Philadelphia, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 13940266 | | Email/Text: megan.harper@phila.gov | Jan 07 2023 00:11:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13849024 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 07 2023 00:15:18 | Credit One Bank NA, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 13849025 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 07 2023 00:11:00 | ECMC, 1 Imation Place, Bldg 2, Oakdale, MN 55128 |
| 13883345 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 07 2023 00:11:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13849026 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2023 00:15:17 | GE Money Bank, P.O. Box 965005, Orlando, FL 32896-5005 |
| 13849027 | ^ | MEBN | Jan 07 2023 00:01:34 | KML Law Group, 701 Market Street, #5000, Philadelphia, PA 19106-1541 |
| 13907938 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2023 00:14:45 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13849028 | + | Email/Text: blegal@phfa.org | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 06, 2023 | Form ID: pdf900 | Total Noticed: 19 |

| | | | Jan 07 2023 00:11:00 | PA Housing Finance Agency, 211 N Front Street, Harrisburg, PA 17101-1406 |
|---|---|---|---|---|
| 13919374 | + | Email/Text: blegal@phfa.org | | |
| | | | Jan 07 2023 00:11:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13849029 | | Email/Text: edbknotices@ecmc.org | | |
| | | | Jan 07 2023 00:11:00 | US Dept of Ed/GSL/ATL, P.O. Box 4222, Iowa City, IA 52244 |
| 13849030 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jan 07 2023 00:11:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Felecia N Harcum brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Chapter 13
FELECIA N HARCUM

Debtor  Bankruptcy No. 17-10177-MDC

# ORDER

**AND NOW**, this \_\_\_\_5th\_\_\_\_ day of _____January_____ 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK AND COOPER LAW FIRM
1500 JFK BLVD., SUITE 220
PHILADELPHIA, PA 19102-

Debtor:
FELECIA N HARCUM

4065 FORD ROAD

PHILADELPHIA, PA 19131